UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

BEN HENRY SCOTT                                              CIVIL ACTION

VERSUS

KEITH TURNER, ET AL.                                         NO. 18-00626-BAJ-EWD

### RULING AND ORDER

Before the Court is Defendant's **Motion To Dismiss Pursuant To Federal Rule 12(b)(6) (Doc. 22)**. The Motion is unopposed. The Magistrate Judge has issued a **Report And Recommendation (Doc. 26)**, recommending that the Court grant Defendant's Motion to Dismiss and dismiss this case with prejudice. There are no objections to the Report and Recommendation.

Having carefully considered the underlying Complaint, the instant Motion, and related filings, the Court **APPROVES** the Magistrate Judge's Report and Recommendation, and **ADOPTS** it as the Court's opinion herein.

Accordingly,

**IT IS ORDERED** that Defendant's **Motion To Dismiss Pursuant To Federal Rule 12(b)(6) (Doc. 22)** is GRANTED.

**IT IS FURTHER ORDERED** that this action is hereby **DISMISSED WITH PREJUDICE.**

Baton Rouge, Louisiana, this 16th day of March, 2021

_____
JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA